DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-01-00003-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




CRAWFORD SLOAN, M.D.,
§
 APPEAL FROM THE 349TH

APPELLANT



V.
§
 JUDICIAL DISTRICT COURT OF


ADELINA PALACIOUS, INDIVIDUALLY

AND AS PERSONAL REPRESENTATIVE

OF THE ESTATE OF RUDY PALACIOUS, §
 ANDERSON COUNTY, TEXAS

DECEASED, CAMELIA MOSQUEDA AND

BRENDA PALACIOUS,

APPELLEES






PER CURIAM


 The parties hereto have filed a Joint Motion to Vacate the Judgment of the Trial Court,
Discharge the Surety on the Supersedeas Bond, and Dismiss the Appeal with Prejudice. The motion
has been signed by the parties' attorneys and represents that the parties have reached a full and final
settlement of all issues in this case. Further, the parties request that this Court vacate the trail court's
Amended Final Judgment signed on October 26, 2000, discharge the surety on the Supersedeas
Bond, and dismiss the case with prejudice. Because the parties have met the requirements of Tex.
R. App. P. 42.1(a)(1), (1) the motion is granted (2) the trial court's Amended Final Judgment signed
on October 26, 2000 is vacated, (3) the surety on the Supersedeas Bond is discharged, and (4) the
case is dismissed with prejudice. Tex. R. App. P. 43.2(e) & 43.6. 

Opinion delivered November 14, 2001.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.



(DO NOT PUBLISH)